

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2019

No. 04-19-00487-CV

Ali **CHERAIF**,
Appellant

v.

**BARSHOP & OLES COMPANY, INC.**, San Pedro North, Ltd., Northwoods Center, Inc., and
Northwoods Center III, Inc.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-02395
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on or before **December 9, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court